IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREG LEEB, *individually and on behalf of other similarly situated*,<br>　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No:  4:17-cv-2780-SRC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff Greg Leeb and Defendant Charter Communications, Inc. that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's Complaint is dismissed with prejudice, without prejudice to the members of the putative class other than the named Plaintiff, and with each party to bear its own costs. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted,

| Plaintiff | Defendant |
|---|---|
| ___/s/ Nathan D. Sturycz_____ | __/s/ Matthew D. Guletz (with consent)__ |
| Nathan D. Sturycz, #61744MO<br>Sturycz, LLC<br>132 N. Kansas St.<br>Edwardsville, IL 62025<br>nathan@sturyczlaw.com<br>*Attorney for Plaintiff* | Matthew D. Guletz, #57410MO<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>mguletz@thompsoncoburn.com<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

　　　I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, on October 3, 2019, with notice of case activity generated and sent electronically to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nathan Sturycz*